UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-272-KJD-LRL |
| Plaintiff, | |
| vs. | |
| JEFFREY ROBERT VANHORNE | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#15) on December 26, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Nevada State Bank
Amount of Restitution: $3,550.00

Name of Payee: Bank of America
Amount of Restitution: $1,561.91

Name of Payee: US Bank
Amount of Restitution: $3,749.48

**Total Amount of Restitution ordered:** $8,861.39

Dated this 6th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE